UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                    Case No: 6:25-cv-153-JSS-NWH

VIRGINIA-SACRAMENTO
INVESTMENTS LLC and LA
ABUNDANCIA BAKERY
COLOMBIANA INC,

    Defendants.
_____/

## ORDER

The parties have filed a joint notice indicating that this case has settled. (Dkt. 22.) Accordingly, pursuant to Local Rule 3.09, this case is **DISMISSED** without prejudice and subject to the right of the parties, within sixty days of the date of this order, to move for entry of a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the case, upon good cause shown. After that sixty-day period, however, the dismissal shall be with prejudice. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close the case.

**ORDERED** in Orlando, Florida, on June 30, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record